Abel Acosta-clerk
office of the clerk
P.O. Box 12308
Austin, Texas
                78711

September 13, 2015
RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 18 2015
Abel Acosta, Clerk

27,413-08

Louis Confer #1648283
S.T.I.S.F.
1511 Preston Rd.
Houston, Texas    77002

Good Day Sir,

        One August 12, 2015 A "Relators Rebuttal"
on WR-27-413-08 was mailed to the Above Address.

        Has my Rebuttal been Received approx. on
or About August 17, 2015?

        If Received will It be Reviewed and
Considered by the Court?

                        Thank You For Your Reply,

                                Louis Confer  #1648283
                                Louis Confer